# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DAVID A. ROBINSON & ANNA R. ROBINSON                    Case Number: 04-70709
830 TAMPA DRIVE                                  SSN-xxx-xx-3065 & xxx-xx-1917
MACHESNEY PARK, IL  61115

|  |  |
|---|---|
| Case filed on: | 2/12/2004 |
| Plan Confirmed on: | 6/25/2004 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $14,208.59          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,950.00 | 1,950.00 | 1,950.00 | 0.00 |
|  | Total Legal | 1,950.00 | 1,950.00 | 1,950.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | DAVID A. ROBINSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 002 | M.E.R.S. INC FOR MAPLE PARK MORTG CO | 8,468.68 | 5,104.04 | 5,104.04 | 0.00 |
| 003 | HEIGHTS FINANCE | 2,084.72 | 2,084.72 | 2,084.72 | 153.09 |
| 021 | CODILIS & ASSOCIATES P C | 64,636.81 | 64,636.81 | 0.00 | 0.00 |
|  | Total Secured | 75,190.21 | 71,825.57 | 7,188.76 | 153.09 |
|  |  |  |  |  |  |
| 001 | CODILIS & ASSOCIATES P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CITIZENS FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CODILIS & ASSOCIATES P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FAMILY HERITAGE LIFE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FIRST FEDERAL SAVINGS | 843.87 | 84.39 | 63.44 | 0.00 |
| 010 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PERRYVILLE SURGICAL ASSOC | 6,355.00 | 635.50 | 477.74 | 0.00 |
| 012 | ROCK VALLEY PATHOLOGISTS LTD | 59.00 | 5.90 | 4.44 | 0.00 |
| 013 | ROCKFORD ANESTHESIOLOGISTS ASSOC | 5,256.00 | 525.60 | 395.12 | 0.00 |
| 014 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD HEALTH SYSTEMS/ | 16.25 | 1.63 | 1.23 | 0.00 |
| 016 | ROCKFORD MERCANTILE AGENCY INC | 36,589.25 | 3,658.93 | 2,750.63 | 0.00 |
| 017 | ST ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | STATE COLLECTION SERVICE INC | 3,177.25 | 317.73 | 238.86 | 0.00 |
| 019 | RJM ACQUISITIONS FUNDING LLC | 63.15 | 6.32 | 4.74 | 0.00 |
| 020 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 52,359.77 | 5,236.00 | 3,936.20 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 129,499.98 | 79,011.57 | 13,074.96 | 153.09 |

| | |
|---|---|
| Total Paid Claimant: | $13,228.05 |
| Trustee Allowance: | $980.54 |
| Percent Paid Unsecured: | 75.18 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008                    By  /s/Heather M. Fagan